UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X
      U.S.A.

        -V-              :       #10 CR 851 (JFK)

    JAMES TORRES

------------------------------X

The violation of supervised release conference is rescheduled from October 5, 2020 to **October 8, 2020 at 11:15 a.m.** in Courtroom 20-C.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9-23-20
```

        SO ORDERED.

Dated:  New York, New York
       9-23-20

                             JOHN F. KEENAN
                        United States District Judge