UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
        U.S.A.

        -V-

    JAMES TORRES

---------------------------------X

#10 CR 851 (JFK)

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10-7-20
```

The Court grants the Government/Probation Department's request to dismiss the specifications against Mr. Torres. The Violation of Supervised Release Conference previously set for October 8, 2020, has been cancelled.

SO ORDERED.

Dated: New York, New York

10-7-20

_____
JOHN F. KEENAN
United States District Judge